

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 23, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Juan Tomas Diaz*, 25 Cr. 96 (MKV)

Dear Judge Vyskocil:

The Government submits this joint status update in advance of the upcoming October 2, 2025 conference, in accordance with the Court's August 6, 2025 order. The defendant intends to plead guilty, pursuant to a plea agreement, to Count Two of the above-referenced Indictment. Accordingly, the parties respectfully request that the Court convert the conference currently scheduled for October 2, 2025 at 11:30 a.m. to a plea hearing. The parties will submit the plea agreement to the Court under separate cover.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____
Lauren E. Phillips
Assistant United States Attorney
(212) 637-2231

cc: Joy Chen, Esq. (by ECF)

Change of plea hearing is scheduled in this matter for October 7th, 2025 at 12:30pm.

SO ORDERED.

Date: 9/24/2025
New York, New York

Mary Kay Vyskocil
United States District Judge