

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

September 24, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/24/2025
```

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *United States v. Juan Tomas Diaz*, 25 Cr. 96 (MKV)

Dear Judge Vyskocil:

      The Government respectfully requests that the time from October 2, 2025 until the October 7, 2025 plea hearing, scheduled today, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Court time to consider the parties' proposed plea agreement and the parties time to prepare for the change-of-plea hearing. Defense counsel consents to this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____
      Lauren E. Phillips
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2231
      Lauren.Phillips@usdoj.gov

cc:   Joy Chen, Esq. (by ECF)

**Granted. SO ORDERED.**

Date: Sept. 24, 2025
New York, New York

*Mary Kay Vyskocil*
United States District Judge