

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 29, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *United States v. Juan Tomas Diaz*, 25 Cr. 96 (MKV)

Dear Judge Vyskocil:

    The Government respectfully submits this letter to update the Court on the status of the identification of victims in this case.

    The Government understands, based on communications with agents from the Department of Homeland Security, Homeland Security Investigations, that the media retrieved from the defendant's cellphone containing confirmed and/or suspected child pornography has been provided to the National Center for Missing & Exploited Children ("NCMEC") to assist in identifying any minors in those materials. The undersigned personally corresponded with a representative from NCMEC who is working to expedite the processing of those materials. NCMEC has already identified some victims and provided their information to the Government for input into the Government's Victim Notification System ("VNS"). NCMEC is continuing to process the remaining files, and the Government will input any additional victims into VNS promptly upon receipt.

    The Government and defense counsel have conferred and respectfully request that the Court set a control date of November 12, 2025, two weeks from today, before which time the parties will submit another letter to the Court regarding the status of victim notifications and a proposal on next steps, including a new date for a plea. The Government respectfully requests that the Court exclude time until November 12, 2025, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to notify

any victims of these proceedings and the parties time to prepare for a change-of-plea hearing. Defense counsel consents to this request.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney

By: *[signature]*
          Lauren E. Phillips
          Assistant United States Attorney
          Southern District of New York
          (212) 637-2231
          Lauren.Phillips@usdoj.gov

cc:    Joy Chen, Esq. (by ECF)

---

**Granted. SO ORDERED.** Status due 11/12/25. All time excluded from today until 11/12/25.

Date: October 29, 2025   *[signature]*
New York, New York     Mary Kay Vyskocil
                        United States District Judge